MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
May 20, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSA ZAYAS aka Jessa Contreras,<br><br>Defendant. | CASE NO. **1:25-mj-00058-EPG**<br><br>ORDER TO SEAL CASE<br><br>**Filed Under Seal** |

Upon application of the United States and good cause having been shown, the criminal complaint, arrest warrant, and all other documents filed in this case shall be sealed and shall not be disclosed to any person unless otherwise ordered by this Court.

IT IS SO ORDERED

Dated: **May 20, 2025**

_____
Honorable Erica P. Grosjean
United States Magistrate Judge