MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESSA ZAYAS aka Jessa Contreras,<br><br>　　　　　　　Defendant. | CASE NO. 1:25-MJ-00058-EPG<br><br>MOTION TO UNSEAL CASE |

　　　The government moves the Court to unseal the Complaint and all other filings in this case. The defendant was arrested in the Central District of California this morning and will be making her initial appearance there shortly. Therefore, the case should be unsealed to advise the defendant of the charges against her.

Dated: May 28, 2025　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph Barton*
　　　　　　　　　　　　　　　　　　　　　　　　　　Joseph Barton
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JESSA ZAYAS aka Jessa Contreras,<br><br>                    Defendant. | CASE NO. 1:25-MJ-00058-EPG<br><br>ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings in the case be unsealed.

IT IS SO ORDERED.

Dated:   **May 28, 2025**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE